IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

SANTANDER CONSUMER USA INC.,
    Plaintiff(s),

v.

Case No. 3:23-cv-00481

DAMIEN R. WITHERSPOON,
    Defendant(s).

## BUSINESS ENTITY DISCLOSURE
**(Disclosure of corporate affiliations, business entity citizenship, and financial interests)**

Pursuant to Fed. R. Civ. P. 7.1 and L.R. 7.02, SANTANDER CONSUMER USA INC. makes the following disclosures:

**INSTRUCTIONS: Check the applicable box or boxes, and fully provide any required information. Attach separate pages as necessary to fully provide required information.**

☐ This party is an individual, who resides in _____.

☐ This party is a publicly held corporation or other publicly held entity, incorporated in _____ and with a principal place of business in _____.

☐ This party is a privately held corporation, incorporated in _____ and with a principal place of business in _____.

☒ This party has parent corporations

    If yes, identify **on attached page(s)** all parent corporations, including grandparent and great- grandparent corporations.

☐ Ten percent or more of the stock of this party is owned by a publicly held corporation or other publicly held entity.

    If yes, identify **on attached page(s)** all such owners.

☐ This party is a limited liability company or limited liability partnership.

    If yes, identify **on attached page(s)** each member of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well. *See Delay v. Rosenthal Collins, Grp., LLC*, 585 F.3d 1003 (6th Cir. 2009).

☐ This party is an unincorporated association or entity.

    If yes, identify **on attached page(s)** the nature of the entity, the members of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well.

☐ This party is trust.

    If yes, identify **on attached page(s)** each trustee and each trustee's state of citizenship. If any trustee is other than an individual person, the required information identifying ownership of the non-individual the trustee and state of citizenship of each sub-trustee must be provided as well.

☐ Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

    If yes, identify **on attached page(s)** all corporations or entities and the nature of their interest.

**Any additional pertinent information should also be provided on attached page(s).**

Date: 5/22/2023

Signature: s/Luci L. Nelson

Printed Name: Luci L. Nelson

Title: Attorney

**CERTIFICATE OF SERVICE**
**[Include certificate of service pursuant to LR 5.01.**
**Attach as separate page if necessary due to space constraints.]**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SANTANDER CONSUMER USA INC., | )<br>)<br>) |
| Plaintiff, | ) |
| v. | ) Case No. 3:23-cv-00481<br>) |
| DAMIEN R. WITHERSPOON, | )<br>) |
| Defendant. | )<br>)<br>) |

## **ATTACHMENT TO BUSINESS ENTITY DISCLOSURE**

Santander Consumer USA Inc. ("SC") is a corporation incorporated under the laws of the State of Illinois, having its principal place of business in Dallas, Texas. SC is wholly owned by Santander Holdings USA Inc. ("SHUSA") and is a corporation incorporated under the laws of Virginia, having its principal place of business in Boston, Massachusetts. SHUSA is a wholly owned subsidiary of Banco Santander, S.A. and is a publicly traded corporation.

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 22nd day of May, 2023, the foregoing Business Entity Disclosure was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all registered participants and via personal service upon the following:

Damien R. Witherspoon
342 Boddington Lane
Antioch, TN  37013

/s/ Luci L. Nelson _____